IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIK HENDERSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No.  4:23-cv-00084-O-BP |
| LARKIN STREET HOMES, LLC, et al., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review due to the urgency of the matter.[1] The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Injunction; Restraining Order Against Defendant Pursuant to Rule 65 (ECF No. 5), filed February 17, 2023, is hereby **DENIED**.

**SO ORDERED** on this **17th day** of **February, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] If there are objections, either Plaintiff or Defendants may file them within fourteen (14) days of the issuance of this Order, and the Court will consider the objections at that time.